IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-126-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MUHAMMAD ABDUL RAHMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 [D.E. 91]. The response is due not later than December 19, 2014.

SO ORDERED. This **19** day of November 2014.

JAMES C. DEVER III
Chief United States District Judge