IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-126-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MUHAMMAD ABDUL RAHMAN, | ) | |
| | ) | |
| Defendant. | ) | |

On November 30, 2020, defendant moved to amend the statement of reasons, publish a judicial finding, and issue a letter to the Bureau of Prisons confirming that defendant abused drugs in the period leading to defendant's arrest and prosecution [D.E. 123]. See Fed. R. Crim. P. 36(a). In light of the information in paragraph 27 of defendant's Presentence Investigation Report, the court sees no need to grant the defendant's motion. Indeed, at the sentencing hearing, defendant did not claim to have a drug problem or request drug treatment. See Sent. Tr. [D.E. 34] 17–28. Accordingly, the court DENIES defendant's motion to amend [D.E. 123].

SO ORDERED. This 24 day of March 2021.

JAMES C. DEVER III
United States District Judge